**Order entered February 24, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-19-01397-CV

### COREY STEELE, Appellant

### V.

### UG NATIONAL, ET AL., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07861

### ORDER

By order dated January 27, 2020, we construed a motion filed by appellant as a motion for review of the trial court's order on appellant's claim of indigence and directed court reporter Antoinette Reagor to file the reporter's record of all proceedings on the indigency claim. The record was to be filed without payment of costs and no later than February 6, 2020.

Although Ms. Reagor was sent a copy of the order, it appears she did not receive it. The requested record has not been filed and, on February 19, 2020, Ms.

Reagor filed a request to extend the time for filing the record of the proceedings on the merits. In the request, she notes the trial court, in its order on appellant's claim of indigence, ordered appellant to pay the fee for the reporter's record "in installments of $500 a month . . . until paid." She asks whether she can file the record once appellant has paid in full or if she should file the record in advance of payment.

In light of appellant's motion for review of the trial court's order on indigency, Ms. Reagor's request is premature. Accordingly, we **DENY** it.

Because appellant's motion for review cannot be determined without the reporter's record of the proceedings on his indigency claim, we **ORDER** Ms. Reagor to file that record **no later than March 2, 2020**. The record shall be filed without payment of costs.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE